IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Pine Island Property Holdings, LLC, and Pine Island GC, LLC, | ) | C/A No.: 9:23-cv-03962-RMG |
| Plaintiff, | ) | |
| vs. | ) | |
| Beaufort County, South Carolina, | ) | |
| Defendants. | ) | |

ORDER OF PROTECTION

THIS MATTER COMES upon the request of Christy L. Scott for protection from the calendaring of events in the above captioned matter pursuant to Federal District Court Local Rule 6.02; that any and all such proceedings be continued during the following period of time for the reason outlined below as follows:

**October 21-30, 2024 and December 3-10, 2024 for vacation plans.**

This request for protection is with the consent of opposing Counsel and does not affect the deadlines in the current scheduling order or any events currently scheduled. It is respectfully requested that she be excused and protected from having to appear at any and all court proceedings, including motions hearings, depositions, roster meetings, bar meetings or any other legal proceedings during the time period of October 21-30, 2024 and December 3-10, 2024.

Additionally, it is requested that she be exempt from any deadlines during this time period; notwithstanding those deadlines already set forth within the existing Scheduling Order in this matter.

IT IS SO ORDERED.

______________________________
Honorable Richard M. Gergel
United States District Judge

________________________, 2024

________________, South Carolina