IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | 9:23-cv-03962-RMG |
| | ) | |
| Christy L. Scott | ) | |
| | ) | |
| ____________________________ | ) | |

AFFIRMATION OF COUNSEL

Counsel seeks protection to allow for family vacation. Counsel has notified counsel in all cases attached hereto of this request for protection on October 3, 2024. To date, counsel in all cases have consented to this request as there have been no objections.

SCOTT & STEPHENS, LLC
BY: s/Christy L. Scott ______________________
Christy L. Scott, Fed. ID No. 6215
Trevor S. Stephens, Fed ID No. 13917
Post Office Box 1515, 108 Carn Street
Walterboro, SC 29488
(843) 782-4359
Email: cscott@lawofficeofchristyscott.com
Email: tstephens@lawofficeofchristyscott.com

October 8, 2024

Walterboro, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

IN RE: )
)
Christy L. Scott )
)
______________________________ )

9:23-CV-03962-RMG <u>Pine Island Property Holdings, LLC and Pine Island GC, LLC v. Beaufort County, South Carolina</u>