**cscott lawofficeofchristyscott.com**

| | |
|---|---|
| **From:** | cscott lawofficeofchristyscott.com |
| **Sent:** | Thursday, October 3, 2024 11:25 AM |
| **To:** | 'Mark Tinsley'; 'woody@goodingandgooding.com'; 'worth@griffithfreeman.com'; 'smurdaugh@murdaughlawgroup.com'; 'Austin Crosby'; 'margie@BRIGHTMATTHEWSLAW.COM'; 'brownmcleod'; 'Amanda McKendrick'; 'harvey@mccormicklawsc.com'; 'andrew@elliottphelanlaw.com'; 'Barbie Thomas'; 'David Black'; 'Chris Nickels'; 'Neil E. Alger'; 'Austin Crosby'; 'Ann G. Cunniffe'; 'jayparker@parkerlawgroupsc.com'; 'TRIP@SOLOMONSANDLAWTON.COM'; 'Lewis Warr'; 'klwilliamslaw@gmail.com'; Virginia Williams; 'Andy Delaney'; 'Joshua Salley'; 'bsellers@stromlaw.com'; 'Dan Williams'; 'Patrick Carr'; 'Barry Krell'; 'J. DeVeaux Stockton'; Lauren Carroway x31910; 'brownmcleod'; cavant@parkerlawgroupsc.com; Oana Johnson; Randy Murdaugh; Crites, III, J. Bennett; 'glennwalterspa@gmail.com' |
| **Cc:** | cscott lawofficeofchristyscott.com; Trevor Stephens; Emily Collazos; cscott lawofficeofchristyscott.com; Trevor Stephens; 'Jan Chappell Brant'; 'Crystal Rivers'; 'arizer@parkerlawgroupsc.com'; 'Riki Sheffield'; 'michelle@williamsattys.com'; 'Sam Clawson'; 'mcdonald@brightmatthewslaw.com'; 'Angela Still'; 'Ann Simmons'; 'Lesley Wiggins'; 'Heidi Britton'; nstewart@shumaker.com |
| **Subject:** | Request for Protection - October 14-24 and December 3-10/Re: #10-300 Christy Scott Office Management |

Dear Counsel:

I have vacation time scheduled and need to ask for court protection for the following time away from the office. If dates pose a problem or you have an objection, please advise by Friday, October 4, 2024.

October 14-24
December 3-10

**If no objections are received, we will move forward with filing Orders of Protection.**

**Christy L. Scott**
*Senior Attorney*

**Scott & Stephens, LLC**
108 Carn Street, Post Office Box 1515
Walterboro, South Carolina 29488
**Office: (843) 782-4359**
**Facsimile: (843) 782-4362**
**Mobile: (843) 909-4350**

***Effective immediately, please DO NOT forward any emails to leadparalegal@lawofficeofchristyscott.com as this email address is no longer useable.***

EXHIBIT
tabbies