**<u>Exhibit A</u>**

**Timeline of Ownership of Pine Island Property**

# Timeline of Private Ownership

1800s

## Thomas Lee

Thomas Lee of **New York** began purchasing the parcels that would become Pine Island in the 1800s. Lee is credited with building the main home and outbuildings on Pine Island as a lodge for himself and guests during visits. These buildings made up the original Pine Island Plantation Complex.

1940

## Arthur Elting

Lee sold the Property to Arthur Elting of **New York**, who enjoyed occasional visits to the Property for hunting and recreation until his death. Following his death, the Property was equally divided between Elting's widow and the Philips Exeter Academy of **New Hampshire**.

1949

## Theodora Ayer Randolph

Shortly after Elting's passing, his widow renounced her claim to the Property. The Property was held solely by Phillips Exeter Academy until 1949 when it was sold to Theodora Ayer Randolph of **New York**.

1951

## Robert & Frances Johnson

In 1951, Randolph transferred the property to Robert and Frances Johnson of **New York**.

1960

## The Hanna Family

The Johnsons held the Property until 1960 when it was sold to the The Hanna Family from **Estil, SC**. Over the past six decades, the property has been used as a recreation destination and for timber farming, with the goal of ultimately developing the land for expanded recreational and residential use.

2023

## PIPH, LLC

In 2023, the Hanna family sold the property to Pine Island Property Holdings, LLC. (**Elvio Tropeano – Boston)**