**Exhibit B**

**Declaration of Elvio Tropeano**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Pine Island Property Holdings, LLC and Pine Island GC, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Beaufort County, South Carolina,<br><br>Defendant. | Civil Action No.: 9:23-cv-03962-RMG<br><br>**DECLARATION OF ELVIO TROPEANO** |

I, Elvio Tropeano, declare under penalty of perjury the following statements to the Court:

1. My name is Elvio Tropeano. I am the Managing Member of Pine Island GC, LLC (PIGC) and Pine Island Property Holdings, LLC (PIPH). This Declaration is based on my personal knowledge, information, and belief.

2. This action relates to a finite set of parcels of property known as the Pine Island Property (the "Property"), comprised of approximately 502 acres. The main entrance to the Pine Island Property is approximately two (2) miles north of US-21, which is the nearest major thoroughfare. It is situated at the end of a two-lane road on the northern end of St. Helena Island and is isolated by gates, forests, marsh and water bodies.

3. The main entrance to the Pine Island Property has been gated for over 60 years with "Private Property" and "No Trespassing" signage clearly visible. It is not accessed by residents of Saint Helena Island. There are no Gullah/Geechee residents living on the Pine Island Property.

4. The secondary entrance to the Pine Island Property, also two (2) miles north of US-21, has also been gated for over 60 years with "Private Property" and "No Trespassing" signage clearly visible.

5. The Main House, Guest House, Cottage, Barn and Accessory Structures on the Pine Island Property are all located approximately two (2) miles northeast of the gated main entrance (four (4) miles from US-21) and are accessible only by a single private road through the Pine Island Property. They are not visible from US-21 or Dulamo Road.

6. The Pine Island Property has been privately owned for centuries. Since the 1800s, the Pine Island Property has been held and used as a recreation destination by various out-of-state property owners, predominantly from New York, none of whom were of Gullah/Geechee descent. Specifically, the Pine Island Property has been used as a hunting retreat for businessmen and professionals from the Northeast.

7. The Pine Island Property has never been owned by any member of the Coalition. No member of the Coalition has been granted access to or use of the Pine Island Property.

8. Furthermore, the Pine Island Property is not an active baptismal site. The Pine Island Property is not as a site for events, meetings, or other activities held or attended by the members of the Coalition. The Coalition has no rights or interest in the Pine Island Property nor in every property that Ms. Goodwine identifies as part of the "Gullah/Geechee Nation" stretching all the way from "Jacksonville, NC to Jacksonville, FL," a geographic area that contains hundreds of thousands of land parcels.

9. I have reviewed the Motion to Intervene, the Memorandum in Support of Motion to Intervene, the Proposed Answer, and the Declaration of Marquetta L. Goodwine filed in this action by the Gullah/Geechee Sea Island Coalition (the "Coalition"). The Coalition is in support of the Cultural Protection Overlay ("CPO"), an overlay zone that the County defends vigorously.

10. Based on a review of Beaufort County property records, the Coalition is not listed as the owner of record of any parcel of real property in Beaufort County (https://sc-beaufort-county.governmax.com/svc/).

11. Based on a search of the South Carolina Secretary of State's database, the Coalition is not a legal entity registered with the Secretary of State as a charity, a business, or in any other capacity. (https://sos.sc.gov/)

12. Upon examination of the "National Park Service's Low Country Gullah Culture Special Resources Study and Final Environmental Impact Statement ("FEIS") referenced in Ms. Goodwine's declaration, it appears that "The Gullah/Geechee Sea Island Coalition was founded in 1996 in **Brooklyn, New York**, by Marquetta L. Goodwine" (page 95).

13. Based on a search of the New York Department of State Division of Corporations database, the Coalition is not a legal entity registered with New York State either, whether as a charity, a business, or any other capacity. (https://apps.dos.ny.gov/publicInquiry/#search)

14. The Coalition is not registered as a tax-exempt organization with the IRS (https://apps.irs.gov/app/eos/). I have not been able to locate any information as to an elected board of directors, bylaws, or other governing documents. However, I am familiar with Ms. Goodwine and her use of the term "Gullah/Geechee Sea Island Coalition." I am also aware that Ms. Goodwine identifies as the "Queen, Chieftess and Head of State" of the Gullah/Geechee Nation.

15. The documents filed by the Coalition do not identify an address where the Coalition claims to be located. Based on data available on Google, the Coalition appears to be identified by Google with the address of 209 Polowana Road on Polowana Island in Beaufort County. The parcel with this address is owned by Herbert Goodwine, according to Beaufort County records. This

address is more than five (5) miles driving distance from the entrance to the Pine Island Property. Furthermore, the Main House on the Pine Island Property is approximately 7.2 miles from the address that is associated with the Coalition online (209 Polowana Road) in terms of driving distance.

16. PIGC and PIPH seek a determination that the Cultural Protection Overlay ("CPO") Ordinance, as amended, should not apply to the Pine Island Property. No relief or judgment is sought as to the applicability of the CPO to any other properties.

17. Allowing what has been identified as the Coalition to intervene will cause delay and confusion. The Coalition is not a legal entity and does not appear to have any formal structure or governance. It is difficult for me to understand how a coalition that does not have legal existence can have identifiable claims, defenses or injuries or how it could act or function as a legal "party" in a court case.

18. Beaufort County is, and has been, actively defending the CPO Ordinance. In meetings that I have had with Beaufort County, the County's Planning Director (Rob Merchant) has stated that his job is to "enforce" the CPO. The County's attorneys, both internal and external, have repeatedly said the same thing to me personally and in their filings.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2024.

Signed by:

6FB8A42E50BC493...

Elvio Tropeano